```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JACQUELINE SAMPSON, | : | CIVIL ACTION |
| | : | NO. 20-1719 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FELICIAN SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW** this **7th** day of **December, 2021,** upon consideration of the motion for summary judgment filed by Defendant Felician Services (ECF No. 24), and the response, reply, and surreply thereto (ECF Nos. 27, 30, and 31-1), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

    1.   Defendant's motion for leave to file a reply (ECF No. 29) and Plaintiff's motion for leave to file a surreply (ECF No. 31) are **GRANTED;** and

    2.   Defendant's motion for summary judgment (ECF No. 24) is **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,    J.**